United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERIBERTO JOSE RODRIGUEZ MARTINEZ, | § § § | |
| Petitioner | § | |
| v. | § | Civil No. 1:26-cv-00178-1 |
| | § | |
| WARDEN PORT ISABEL DETENTION CENTER, et al, | § § § | |
| Respondent. | § | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Karen Betancourt.

Signed on this the 20th day of February, 2026.

_____
Rolando Olvera
United States District Judge